IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| HERITAGE BANKING GROUP FORMERLY KNOWN AS THE CARTHAGE BANK | PLAINTIFF/COUNTER DEFENDANT |
| VS. | CIVIL ACTION FILE NO. 3:05cv584-WHB-AGN |
| MICHAEL SCHWARTZ, FRED SCHWARTZ AND MAX BRUMER | DEFENDANTS/COUNTER PLAINTIFFS |

### AGREED ORDER OF DISMISSAL

This cause came on this date to be heard on the Joint Motion of the Plaintiff, Heritage Banking Group f/k/a The Carthage Bank and the Defendants, Michael Schwartz, Fred Schwartz and Max Brumer, to dismiss this cause of action with prejudice and the Court having heard and considered same finds that said motion is well taken and should be sustained.

**IT IS THEREFORE, ORDERED AND ADJUDGED,** that this Complaint in this Cause against Michael Schwartz, Fred Schwartz and Max Brumer and the Counterclaim against the Heritage Banking Group f/k/a The Carthage Bank should be and hereby are dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 5 day of OCTOBER, 2006.

_____
CHANCELLOR DISTRICT COURT JUDGE

APPROVED AND AGREED TO:

_____        _____
Hon. Dexter C. Nettles, Jr., Attorney for        Fred Schwartz, Defendant
Plaintiff

_____        _____
Michael Schwartz, Defendant                        Max Brumer, Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

HERITAGE BANKING GROUP FORMERLY
KNOWN AS THE CARTHAGE BANK        PLAINTIFF/COUNTER DEFENDANT

VS.                               CIVIL ACTION FILE NO. 3:05cv584-WHB-AGN

MICHAEL SCHWARTZ, FRED SCHWARTZ
AND MAX BRUMER                    DEFENDANTS/COUNTER PLAINTIFFS

## AGREED ORDER OF DISMISSAL

This cause came on this date to be heard on the Joint Motion of the Plaintiff, Heritage Banking Group f/k/a The Carthage Bank and the Defendants, Michael Schwartz, Fred Schwartz and Max Brumer, to dismiss this cause of action with prejudice and the Court having heard and considered same finds that said motion is well taken and should be sustained.

**IT IS THEREFORE, ORDERED AND ADJUDGED,** that this Complaint in this Cause against Michael Schwartz, Fred Schwartz and Max Brumer and the Counterclaim against the Heritage Banking Group f/k/a The Carthage Bank should be and hereby are dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the _____ day of _____, 2006.

_____
CHANCELLOR

APPROVED AND AGREED TO:

_____      _____
Hon. Dexter C. Nettles, Jr., Attorney for    Fred Schwartz, Defendant
Plaintiff


_____      _____
Michael Schwartz, Defendant          Max Brumer, Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

HERITAGE BANKING GROUP FORMERLY
KNOWN AS THE CARTHAGE BANK                      PLAINTIFF/COUNTER DEFENDANT

VS.                                             CIVIL ACTION FILE NO. 3:05cv584-WHB-AGN

MICHAEL SCHWARTZ, FRED SCHWARTZ
AND MAX BRUMER                                  DEFENDANTS/COUNTER PLAINTIFFS

## AGREED ORDER OF DISMISSAL

This cause came on this date to be heard on the Joint Motion of the Plaintiff, Heritage Banking Group f/k/a The Carthage Bank and the Defendants, Michael Schwartz, Fred Schwartz and Max Brumer, to dismiss this cause of action with prejudice and the Court having heard and considered same finds that said motion is well taken and should be sustained.

**IT IS THEREFORE, ORDERED AND ADJUDGED,** that this Complaint in this Cause against Michael Schwartz, Fred Schwartz and Max Brumer and the Counterclaim against the Heritage Banking Group f/k/a The Carthage Bank should be and hereby are dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the _____ day of _____, 2006.

_____
CHANCELLOR

APPROVED AND AGREED TO:

_____
Hon. Dexter C. Nettles, Jr., Attorney for Plaintiff

_____
Fred Schwartz, Defendant

_____
Michael Schwartz, Defendant

_____
Max Brumer, Defendant